E-FILED
Wednesday, 15 July, 2026  11:34:36 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**(Urbana)**

| | |
|---|---|
| TRAVELL FARRINGTON individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NIKE, INC,<br><br>        Defendant. | Case No.:  **2:26-cv-02131-CSB-EIL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Travell Farrington ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above captioned action is voluntarily dismissed, without prejudice against the Defendant, Nike, Inc. ("Defendants"). Defendants have not served an answer or motion for summary judgment in this action. Furthermore, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: July 15, 2026,                          Respectfully Submitted,

                          */s/ Paul J. Doolittle*
                          Paul J. Doolittle
                          POULIN WILLEY ANASTOPOULO LLC
                          32 Ann Street
                          Charleston, SC 29403
                          Tele: 803-222-2222
                          Email: paul.doolittle@poulinwilley.com
                                cmad@poulimwilley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I filed a copy of the foregoing via the court's ECF system and served all counsel of record thereby.


/s/*Paul J Doolittle*
Paul J Doolittle